Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square
Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Fax : 707-542-3371
Email : tomkelly@sonic.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re:

DAVID KENDALL COPPING AND
CHERYL ANN COPPING

Debtors.

Case No. 10-11026

Chapter 7

OBJECTION TO NOTICE OF HEARING

TO : THE COURT, UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES,

David and Cheryl Copping, Debtors in the above referenced case (hereinafter "Debtors") submit the following objection to the Notice of Hearing submitted by the United States Trustee on the following grounds:

B.L.R. 9014-1(b)(3)(A)(iv)(a) specifically requires as follows:

> That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

The United States Trustee is the initiating party in this matter, and has filed a Notice of Hearing on June 2, 2010, a true and correct copy of which is attached as Exhibit "A". This notice give only two days notice for a hearing on June 4, 2010, which is in express violation of the seven day

notice period required under B.L.R. 9014-1(b)(3)(A)(iv)(a). Therefore, this Notice is invalid as a matter of law.

The United States Trustee previously provided a tentative hearing on this matter for June 25, 2010 in regards to the associated Motion. Debtors will stipulate as to proper notice for the June 25, 2010 hearing date for both the associated Motion and present matter.

Dated:   June 2 , 2010                     /s/ Thomas P. Kelly III
                                           Thomas P. Kelly III
                                           Attorney for Debtors

Thomas P. Kelly III
50 Old Courthouse Square
Suite 609
Santa Rosa, CA 95404-4926
(707)545-8700

Case 10-11026　Doc# 29　Filed: 06/02/10　Entered: 06/02/10 19:47:04　Page 2 of 5

OBJECTION TO NOTICE OF HEARING            Page 2 of 2

# EXHIBIT A

1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   PATRICIA A. CUTLER, Trial Attorney (#50352)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379

6  Attorneys for Acting United States Trustee
    SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | No. 10-11026 AJ |
| | Chapter 11 |
| DAVID KENDALL COPPING AND CHERYL ANN COPPING, | Date: June 4, 2010 |
| | Time: 9:00 A.M. |
| | Ctrm: Hon. Alan Jaroslovsky |
| Debtors. | 99 South "E" Street |
| | Santa Rosa, CA |

**NOTICE OF HEARING ON U.S. TRUSTEE'S MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that the hearing on the motion of the Acting United States Trustee for order for Rule 2004 Examination and To Produce Documents, shall be heard on June 4, 2010 at 9:00 a.m., in the courtroom of the Honorable Alan Jaroslovsky at 99 South "E" Street, Santa Rosa, California.

Dated: June 2, 2010

Sara L. Kistler,
Acting United States Trustee

By: /s/ Patricia A. Cutler, #50352
Attorney for the U.S. Trustee

| | |
|---|---|
| 1 | DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)<br>PATRICIA A. CUTLER, Trial Attorney (#50352) |
| 2 | U.S. Department of Justice<br>Office of the United States Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 705-3333 |
| 5 | Facsimile: (415) 705-3379 |
| 6 | Attorneys for Acting United States Trustee<br> SARA L. KISTLER |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re ) No. 10-11026 AJ
)
DAVID KENDALL COPPING AND ) Chapter 7
CHERYL ANN COPPING, )
)
)
 Debtors. )

### CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**NOTICE OF HEARING ON ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

| Debtors | Debtor's Counsel | Chapter 7 Trustee |
|---|---|---|
| David Copping | Thomas P. Kelly, III | Timothy W. Hoffman |
| Cheryl Copping | Law Office of Thomas P. Kelly | P.O. Box 1761 |
| 10561 Powderhorn Rd. | P.O. Box 1405 | Sebastopol, CA 95473 |
| Hidden Valley Lake, CA 95467 | Santa Rosa, CA 95402 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 2, 2010.

By: /s/
 Donna Jensen